IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**KATHERINE MICHELLE LOFTON**                                              **PLAINTIFF**

**V.**                                                          **NO. 3:19-CV-273-DMB-RP**

**COMMISSIONER OF SOCIAL SECURITY**                                            **DEFENDANT**

## ORDER

On January 28, 2020, United States Magistrate Judge Roy Percy issued a Report and Recommendation recommending "that plaintiff's application to proceed *in forma pauperis* be DENIED and plaintiff be ordered to pay the filing fee within fourteen days." Doc. #6 at 2. No objections to the Report and Recommendation have been filed.

Under 28 U.S.C. § 636(b)(1)(C), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[W]here there is no objection, the Court need only determine whether the report and recommendation is clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).

The Court has reviewed the Report and Recommendation and concluded that it is neither clearly erroneous nor contrary to law. Accordingly, the Report and Recommendation [6] is **ADOPTED** as the opinion of this Court. The plaintiff is **DIRECTED** to pay the filing fee within fourteen (14) days of the entry of this order.

**SO ORDERED**, this 18th day of February, 2020.

                                                                    /s/Debra M. Brown
                                                                     **UNITED STATES DISTRICT JUDGE**